UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERTO DE JESUS TRONCOSO,

                Plaintiff,

-against-

735 SUPERMARKET CORP., WILMER TEJEDA A/K/A WILBIS B. GONZALEZ and ROSANNA C. TEJEDA DE GONZALEZ,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _09/20/2024_

24 Civ. 5338 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

      On July 18, 2024, the Court ordered the parties to submit a joint letter and proposed case management plan by September 18, 2024. ECF No. 11. Those submissions are now overdue.

      Accordingly, by **November 15, 2024**, the parties shall submit their joint letter and proposed case management plan.

      SO ORDERED.

Dated: September 20, 2024
       New York, New York

ANALISA TORRES
United States District Judge