USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/31/2025__

# Law Offices of Colin Mulh[olland]

Employment and Civil Litigation

36-36 33rd Street
Suite 308
Astoria, NY 11106

January 30, 2025

Honorable Analisa Torres
United States District Judge
500 Pearl St.
New York, NY 10007-1312

**Re: Troncoso v. Tejeda et al, 24-cv-05338**

Your Honor,

I apologize to the Court for asking again. I cannot get in touch with my client. His phone number has been inoperable for the past several days and he has not communicated any new number with me nor an emergency contact.

I cannot obtain a declaration from him for the proposed default judgment for January 31 despite many attempts to reach him by text and phone call.

The only way I can reach him now is by mail but even if he is available to respond it will likely take a few days to hear back from him. I will be sending a letter out to him tonight.

If the Court would so permit, the undersigned would request until February 14, 2025 to either submit the Order to Show Cause with supporting declaration or to make a motion to be relieved as counsel.

GRANTED.

SO ORDERED.

Dated: January 31, 2025
New York, New York

_____
ANALISA TORRES
United States District Judge